UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cleophis Hall,

        Plaintiff,

v.                                                Case No.  2:14-cv-12447
                                                     Hon. Nancy G. Edmunds

Alvern Lot, et al,

        Defendants.
_____/

OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff Cleophis Hall, who is incarcerated in a Michigan prison, filed his pro se complaint, asserting that his home "was being embezzled out from under him" by the defendants due to the number of 9-1-1 call he was making.

On July 15, 2014, the Court issued an Order to Correct Deficiency, because Plaintiff failed to file sufficient copies of his complaint for service and failed to provide addresses of the defendants. The Court required Plaintiff to correct the deficiencies by August 14, 2014, and cautioned that if he failed to do so, then the Complaint would be subject to dismissal for want of prosecution.

On July 14 and August 1, 2014, Plaintiff filed a motions for appointment of counsel, but he has still failed to correct the deficiency and file sufficient copies of the complaint for service. The time for correcting the deficiencies has elapsed.

Accordingly, IT IS ORDERED that Plaintiff's "Complaint" [dkt. # 1] is DISMISSED WITHOUT PREJUDICE for want of prosecution.

                                                                           s/ Nancy G. Edmunds
                                                                           Hon. Nancy G. Edmunds
                                                                           United States District Judge

Dated:  August 22, 2014